IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-MC-185-FDW-DCK

| | |
|---|---|
| GRUPO PETROTEMEX, S.A., DE C.V. and DAK AMERICAS LLC,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>POLYMETRIX AG,  )<br><br>Defendant.  ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Jodie Herrmann Lawson, concerning John F. Presper on December 11, 2019. John F. Presper seeks to appear as counsel *pro hac vice* for Plaintiffs Grupo Petrotemex, S.A. de C.V. and DAK Americas LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. John F. Presper is hereby admitted *pro hac vice* to represent Plaintiffs Grupo Petrotemex, S.A. de C.V. and DAK Americas LLC.

**SO ORDERED**.

Signed: December 11, 2019

David C. Keesler
United States Magistrate Judge