# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-MC-185-FDW-DCK

| | |
|---|---|
| GRUPO PETROTEMEX, S.A., DE C.V. and DAK AMERICAS LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| POLYMETRIX AG, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Josh Dixon, concerning Brian A. Scotti on December 19, 2019. Brian A. Scotti seeks to appear as counsel *pro hac vice* for Defendant Auriga Polymers Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Brian A. Scotti is hereby admitted *pro hac vice* to represent Defendant Auriga Polymers Inc.

**SO ORDERED**.

Signed: December 18, 2019

David C. Keesler
United States Magistrate Judge